**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELVIN JOSEPH SIMMONS, | ) | No. CV 08-4237-TJH(CW) |
|    Petitioner, | ) | JUDGMENT |
|   v. | ) | |
| T. FLECKER, et al., | ) | |
|    Respondents. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: _____7/14/08_____

_____
TERRY J. HATTER, JR.
United States District Judge